IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                 22-CR-0013 JLS

LAMBORGHINI LUCAS,

               Defendant.

---

**INFORMATION**
(Title 18, United States Code, Section 922(a)(1)(A))

### COUNT 1

**The United States Attorney Charges That:**

Beginning on or before August 6, 2021, the exact date being unknown, and continuing until on or about August 6, 2021, in the Western District of New York, the defendant, **LAMBORGHINI LUCAS**, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).**

DATED: Buffalo, New York, March 3, 2022.

                                                        TRINI E. ROSS
                                                        United States Attorney

BY: _____
                                                        SETH T. MOLISANI
                                                        Assistant United States Attorney
                                                         United States Attorney's Office
                                                         Western District of New York
                                                         138 Delaware Avenue
                                                         Buffalo, New York 14202
                                                         716-843-5881
                                                         Seth.Molisani@usdoj.gov